AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ervin Edmond Hagan,<br>*Plaintiff*<br>v.<br>Andrew Saul, Commissioner of Social Security<br>*Defendant* | Civil Action No.  9:20-cv-2591-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: Having adopted the Magistrate Judge's Report and Recommendation and overruling Plaintiff's objections, the final decision of the Commissioner is Affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Bruce Howe Hendricks,  United States District Judge.

Date:  March 9, 2021                                                              *CLERK OF COURT*

                                                                                  s/ Virginia Druce, Deputy Clerk
                                                                                  *Signature of Clerk or Deputy Clerk*